UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LOADHOLT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFF DIRKSE,<br><br>　　　　Defendant. | No.  2:24-cv-01980-DAD-AC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 6) |

　　　　Plaintiff Richard Loadholt is a county jail inmate proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 31, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice.  (Doc. No. 6 at 1.)  Specifically, the magistrate judge noted that plaintiff was ordered to file a completed *in forma pauperis* affidavit and a certified copy of his inmate trust account statement and was cautioned that his failure to do so would result in a recommendation that this action be dismissed.  The magistrate judge further noted that the thirty-day period provided to plaintiff had expired, and plaintiff had not responded to the court's order.  (*Id.*)

/////

1

1   The pending findings and recommendations were served on the parties and contained
2  notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.*)
3  To date, no objections to the findings and recommendations have been filed, and the time in
4  which to do so has now passed.
5   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
6  *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
7  findings and recommendations are supported by the record and by proper analysis.
8   Accordingly:
9   1.  The findings and recommendations issued on October 31, 2024 (Doc. No. 6) are
10      ADOPTED in full;
11  2.  This action is DISMISSED, without prejudice; and
12  3.  The Clerk of the Court is directed to CLOSE this case.
13  IT IS SO ORDERED.

Dated:  **April 25, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2